1  MCGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00141-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ADAM FULLER, | DATE: December 16, 2019 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 16, 2019.

2. By previous order, the Court excluded time under Local Code T4 to November 18, 2019.

3. By this stipulation, defendant now moves to exclude time between today's date, December 4, 2019, and December 16, 2019, under Local Codes A and T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) On October 21, 2019, the government filed a motion under 18 U.S.C. § 4241(a) for a competency hearing and psychiatric evaluation of the defendant. In that motion, the government requested that the Court commit the defendant to the custody of the Attorney General for a psychiatric evaluation pursuant to 18 U.S.C. § 4247(b). On November 4, 2019, the

defendant filed a response to the government's motion, requesting that the Court appoint a local expert to conduct the evaluation at the county jail. The Court has not yet ruled on the government's motion or designated the psychiatrist to perform the evaluation.

  b)  The government has also represented that the discovery associated with this case includes multiple audio recordings, photographs, and reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  c)  Counsel for defendant desires additional time to litigate the competency issues, review discovery, conduct independent factual and legal research, and otherwise prepare for trial.

  d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e)  The government does not object to the continuance.

  f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 29, 2019, to December 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] and 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 4, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: December 4, 2019

/s/ Linda Allison
Linda Allison
Counsel for Defendant
Adam Fuller

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE