IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00141-KJM |
| Plaintiff, | ORDER DIRECTING COMPETENCY EVALUATION |
| v. | |
| ADAM FULLER, | |
| Defendant. | |

On October 7, 2019, defendant refused to attend a status conference in this case. Defense counsel appeared and provided information regarding parallel state proceedings and raised questions regarding defendant's mental competency in those proceedings. The government indicated it planned to file a motion seeking a formal determination of competency in this case. On October 21, 2019, the United States filed its motion, based on 18 U.S.C. § 4241(a), requesting a full hearing to determine whether defendant is mentally competent to stand trial, and, before hearing, a competency evaluation under 18 U.S.C. § 4241. The parties agree there is reasonable cause to believe the defendant may be mentally incompetent and that a competency evaluation is necessary. They disagree regarding who should conduct the competency evaluation in the first instance.

The court, having considered the arguments of counsel at hearing and in their briefs, finds reasonable cause to believe that the defendant may currently be suffering from a mental disease or defect rendering him mentally incompetent to stand trial and hereby grants the motion for a psychiatric

evaluation. *See* 18 U.S.C. § 4241(b). Exercising its discretion, in order to obtain an evaluation promptly, the court orders that the defendant be evaluated initially at the Sacramento County Jail where he currently is housed, with the evaluation to be conducted by the qualified medical doctor identified by defense counsel, Dr. Robert Lin. 18 U.S.C. § 4247(b). The defense shall make all necessary arrangements to obtain Dr. Lin's services and to facilitate his access to the defendant. While the court finds it is not necessary or efficient at this time to order the defendant into the custody of the Attorney General, it does not rule out ordering a second examination by a licensed professional within the Bureau of Prisons at a future time. *Id.* (providing court may, if appropriate, order more than one examination). Within thirty (30) days of the filed date of this order, Dr. Lin shall provide the court with the report prescribed by 18 U.S.C. § 4247(c).

The court excludes time based on 18 U.S.C. § 3161(h)(1)(A) (Local Code A – examinations to determine the mental competency of the defendant) from the date of the entry of this order through the conclusion of any competency evaluation.

IT IS SO ORDERED.

DATED: December 17, 2019.

_____
UNITED STATES DISTRICT JUDGE