HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
ADAM FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM FULLER,<br><br>Defendant. | Case No:  19-CR-00141 KJM<br><br>ORDER<br><br>Date: January 9, 2020<br>Judge:  Hon. KIMBERLY J. MUELLER |

On December 17, 2019 the Court, having heard the arguments of counsel and considered the briefs submitted in this matter, ordered a competency evaluation and designated an expert for this evaluation pursuant to 18 U.S.C. § 4241(b).

Pursuant to the statute and **The Guide To Judiciary Policy, Vol.7A, Chap.3**, the Court directs the government, through the Department of Justice (DOJ) to appropriate reasonable funds for the evaluation *forthwith* so that the evaluation can proceed in a timely fashion.

The Court excludes time based on 18 U.S.C. § 3161(h)(1)(A) (Local Code A – examinations to determine the mental competency of the defendant) from the date of the entry of this order through the conclusion of the competency evaluation.

IT IS SO ORDERED.

Dated:   January 13, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE