UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>     v.<br><br>Adam Fuller,<br><br>                Defendant. | No. 2:19-cr-00141-KJM<br><br>ORDER |

      This matter is before the court on defendant Adam Fuller's motion for a new competency hearing. *See generally* Mot., ECF No. 87. While the court has addressed this motion by setting a hearing in a Minute Order, *see* ECF No. 88, the court issues this order to clarify the bases for Mr. Fuller's continued commitment.

      On February 21, 2020, the court committed Mr. Fuller to Bureau of Prisons (BOP) custody for a "reasonable time" not to exceed four months from the time he reached a BOP medical facility, as provided by 18 U.S.C. § 4241(d)(1). *See* Prev. Order (Feb. 21, 2020), ECF No. 43; *United States v. Villegas*, 589 F. App'x 372, 373 (9th Cir. 2015) (four-month period for evaluation "begins on date of hospitalization"). Based on the record currently before it, including the BOP's report to the court on the status of efforts to restore defendant's competency, the court finds there is sufficient information to support Mr. Fuller's ongoing commitment for the additional time needed to conduct the hearing that will now take place in the relatively near

1

future.  *See* ECF No. 48 (sealed); 18 U.S.C. § 4241(d)(2); *cf. United States v. Magassouba*, 544 F.3d 387, 408–09 (2d Cir. 2008) (affirming district court's authority to enter a §4241(d)(2) order after the four-month period referenced in § 4241(d)(1)).

This order clarifies ECF No. 43.

IT IS SO ORDERED.

DATED: August 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE