HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
ADAM FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ADAM FULLER,<br><br>  Defendant. | Case No: 2:19-CR-00141 KJM<br><br>STIPULATION AND ORDER FINDING THAT THE DEFENDANT HAS BEEN RESTORED TO COMPETENCY AND SHALL BE TRANSPORTED TO THE EASTERN DISTRICT OF CALIFORNIA FORTHWITH TO FACE HIS CHARGES |

On March 10, 2021, the Court ordered that the defendant, Adam Fuller, be medicated under *Sell v. United States*, 539 U.S. 166 (2003). ECF 66. That order was affirmed by the Ninth Circuit, and a mandate issued on March 22, 2022. ECF 80

On July 28, 2022, the Bureau of Prisons Medical Center submitted a report to the Court finding that the defendant had not yet been restored to competency, but that he was likely to be restored to competency with additional treatment. The BOP requested an additional four months to restore the defendant to competency.

On August 15, 2022, Dr. Robin Lin, having been hired by the defense, evaluated the defendant. In his opinion, the defendant still suffers from a mental disease, but his illness no longer prevents him from communicating with counsel and participating in his defense. A written report is forthcoming.

On August 24, 2022, Doctor Elizabeth Tyner with the BOP submitted to the Court a second report evaluating the defendant after an additional month on medication. This report

1

1   indicated that the defendant's "symptoms have improved with psychiatric medication and do not
2   currently impair his ability to rationally make decisions in his case or assist his attorney in his
3   defense." The report concluded that the defendant is now competent to proceed with his case.
4   The BOP doctors further recommended "that his court proceedings be scheduled expeditiously if
5   possible once he returns to the Eastern District of California in order to minimize the likelihood
6   that he will become noncompliant with treatment and decompensate." The parties agree with the
7   conclusions and recommendations in this report.

8       IT IS THEREFORE STIPULATED between the parties through their respective
9   counsel, Assistant United States Attorney Cameron Desmond, attorney for the Government, and
10  Assistant Federal Defender Linda C. Allison, attorney for Adam Fuller, that the defendant has
11  been restored to competency. The parties jointly request that this Court find, based on the
12  observations and opinions of Drs. Lin and Tyner, that Mr. Fuller has been restored to
13  competency and further, that he be transported to the Eastern District of California as soon as
14  possible so that the case might proceed.

Dated:  August 30, 2022                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Linda C. Allison
                                           LINDA C. ALLISON
                                           Assistant Federal Defender


Dated:  August 30, 2022                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ Cameron Desmond
                                           CAMERON DESMOND
                                           Assistant United States Attorney

ORDER

Based on the above stipulation, the report submitted by the BOP, the proffer of Dr. Lin's findings, observation of the defendant in court, and argument of the parties at a hearing on the matter, the Court finds by a preponderance of the evidence pursuant to 18 U.S.C. § 4241(e) that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The Attorney General shall relinquish custody of Mr. Fuller to the United States Marshal for the purpose of being transported forthwith to the Eastern District of California for further proceedings in this case.

IT IS SO ORDERED.

DATED: September 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE