UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00141-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ADAM JUSTIN FULLER, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ADAM JUSTIN FULLER;

Case No. 2:19-CR-00141-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

__X__(Other): Time Served as of 1/10/2023, to be released from the U.S.

Marshal's Office no later than 9:00 AM to a representative of the Federal

Defender's Office.

Issued at Sacramento, California on ___1/9/23___ , at ___11:08a.m___

Kimberly J. Mueller
United States District Judge